ACCEPTED
12-15-00033-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/2/2015 4:02:47 PM
CATHY LUSK
CLERK

## CASE NO. 12-15-00033-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/2/2015 4:02:47 PM
CATHY S. LUSK
Clerk

IN THE COURT OF APPEALS FOR THE
TWELFTH APPELLATE DISTRICT OF TEXAS
AT TYLER, TEXAS

---

**JERRY BYROM, DIMPLE BYROM AND DOROTHY BERRY v. JILL
CAMPBELL PENN AS COURT APPOINTED RECEIVER**

**JERRY BYROM, DIMPLE BYROM AND DOROTHY BERRY,
APPELLANTS**

**v.**

**JILL CAMPBELL PENN, APPELLEE**

APPEALED FROM

THE DISTRICT COURT
OF
RUSK COUNTY, TEXAS

CAUSE NO. 2013-18

---

## MOTION FOR EXTENSION OF TIME FOR FILING OF APPELLANT'S BRIEF

**TO THE HONORABLE COURT:**

COMES NOW Jerry Byrom, Dimple Byrom and Dorothy Berry, Appellants in

the above-styled and numbered cause, by and through their attorney of record, and

pursuant to Rule 38.6(d) of the Texas Rules of Appellant Procedure, files this their Motion for Extension of Time for Filing of Appellant's Brief, and in support of same would respectfully show unto the Court as follows:

1.

That the time for filing Appellants' Brief in this case is the 3rd day of April, 2015, and this motion is to extend the time for filing the brief with the Clerk of this Court and is filed prior to such time.

2.

The undersigned attorney would inform the Court that he has had insufficient time to prepare the brief as a result of having moved his office to a new location and is currently in the process of moving.

3.

The attached affidavit of Joe Shumate, attorney for Appellant herein, is offered in support of this motion.

WHEREFORE, Appellant requests that:

1.    The Clerk of this Court give notice of this motion to Appellee;

2.    This Court grant Appellant's motion;

3.   This Court extend the time for filing said Brief for forty-five days, to the 18th day of May, 2015.

Respectfully submitted,
LAW OFFICE OF JOE SHUMATE

BY _____
Joe Shumate
State Bar No.  18327500
107 N. Main Street
P. O. Box 1915
Henderson, Texas  75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellants

## CERTIFICATE OF CONFERENCE

This is to certify that Joe Shumate, counsel for Appellants,  has attempted to conference with Jill Campbell Penn, in regard to the above and foregoing Motion for Extension of Time to File Brief, but her office staff stated she was unavailable for conference.

_____
Joe Shumate

## AFFIDAVIT

| STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF RUSK | § |

On this day personally appeared JOE SHUMATE, who after being by me first duly sworn, did depose and state that the facts and allegations set out in the above and foregoing Motion to Extend Time for Filing of Appellant's Brief are within his personal knowledge and are true and correct.

_____
Joe Shumate

SUBSCRIBED AND SWORN TO BEFORE ME this the 2nd day of April, 2015, to certify which witness my hand and seal of office.

ANGELA ELISE HUDMAN
Notary Public, State of Texas
My Commission Expires
July 11, 2016

NOTARY PUBLIC, STATE OF TEXAS

-4-

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served upon all known counsel of record and/or parties without counsel via:

| | |
|---|---|
| _____ | certified U.S. mail, return receipt requested |
| _____ | hand/messenger delivery |
| _____ | regular first class U. S. mail, postage prepaid |
| \_\_X\_\_ | facsimile transmission as set out below. |

Said service being made this 2nd day of April, 2015, by sending to:

Jill Campbell Penn
Richards & Penn, LLP
516 E. Commerce
Jacksonville, TX 75766
**Fax# 903-586-6529**

JOE SHUMATE